# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EARL HISSONG, SR., | 1:07-CV-01383 AWI SMS HC |
|     Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION ENTITLED "MOTION TO REPAIR CASE" |
|     v. | |
| STATE OF CALIFORNIA, et al., | [Doc. 13] |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On December 3, 2007, Petitioner filed a motion entitled "Motion to Repair Case". (Court Doc. 13.) It appears that Petitioner is informing the Court that he does not comprehend the nature of the proceedings or the Court's orders. (Id.) Petitioner's motion shall be DISREGARDED as a second amended petition was subsequently filed on December 11, 2007, and has been addressed by separate order.

IT IS SO ORDERED.

Dated:   January 4, 2008                    /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE