# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY EARL HISSONG, SR.,** | 1:07-cv-01383-AWI-SMS-HC |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 16)** |
| v. | |
| **STATE OF CALIFORNIA, et al.,** | **ORDER DISMISSING CLAIM FOUR OF PETITION** |
| Respondent. | **ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR ISSUANCE OF SCHEDULING ORDER** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On January 4, 2008, the Magistrate Judge filed Findings and a Recommendation that Claim Four of the Petition for Writ of Habeas Corpus be DISMISSED for failure to state a cognizable claim under § 2254, and the matter be referred back to the Magistrate Judge for issuance of a scheduling order. These Findings and Recommendation were served on Petitioner and contained notice that any objections were to be filed within twenty (20) days from the date of service of that order. To date, Petitioner has not filed objections to the Findings and Recommendation.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation are supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed January 4, 2008, are ADOPTED IN FULL;

   2.   Claim Four of the Petition is DISMISSED for failure to state a cognizable claim under § 2254; and,

   3.   The matter is referred back to the Magistrate Judge for issuance of a scheduling order.

IT IS SO ORDERED.

**Dated:   February 25, 2008**                    **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE