1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  TIMOTHY EARL HISSONG, SR.,            1:07-CV-01383 AWI SMS HC

10                        Petitioner,    ORDER DIRECTING CLERK OF COURT TO
                                         CHANGE NAME OF RESPONDENT
11       v.

12
13  STATE OF CALIFORNIA, et al.,

14                        Respondent.
    _____/

15
16       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.

18       When the petition was initially filed, Petitioner named only the State of California as

19  Respondent.  A petitioner filing a petition for writ of habeas corpus must name the state officer

20  who has custody of the petitioner as the respondent.  Rule 2 (a) of the Rules Governing § 2254

21  cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996).  Normally, the person having

22  custody of an incarcerated petitioner is the warden of the prison in which the petitioner is

23  incarcerated because the warden has "day-to-day control over" the petitioner.  Brittingham v.

24  United States, 982 F.2d 378, 379 (9th Cir. 1992); see also Stanley v. California Supreme Court,

25  21 F.3d 359, 360 (9th Cir. 1994).

26       On October 1, 2007, the Court dismissed the petition and granted Petitioner leave to file

27  an amended petition.  (Court Doc. 7.)  Petitioner filed an amended petition on October 19, 2007.

28  (Court Doc. 10.)  However, Petitioner failed to name a proper respondent.  Accordingly, on

1  November 6, 2007, the Court issued an order to show cause why the petition should not be

2  dismissed.  (Court Doc. 11.)  On December 11, 2007, Petitioner filed a second amended petition,

3  naming James Walker, Warden, as Respondent.  (Court Doc. 15.)

4         Accordingly, in light of the filing of the second amended petition naming Walker as

5  Respondent, the Clerk of the Court is DIRECTED to substitute Warden James Walker, as the

6  Respondent in this action.

7   IT IS SO ORDERED.

8  **Dated:    February 29, 2008**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28